UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GREGORY SCOTT HAIDL,               )<br>                                    )<br>            Petitioner,              )<br>                                    )<br>       v.                           )<br>                                    )<br>MATTHEW CATE,                       )<br>                                    )<br>            Respondent.             )<br>_____ ) | Case No. SACV 11-133 GW (AJW)<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF<br>MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation, and petitioner's objections to the Report. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de</u> <u>novo</u> determination of the portions to which objections were directed.

DATED: January 7, 2014

_____
George H. Wu
United States District Judge