UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **GREGORY SCOTT HAIDL,** | ) Case No. SACV 11-133-GW(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| **MATTHEW CATE,** | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is **denied.**

Dated: January 7, 2014

_____
George H. Wu
United States District Judge